# Court of Appeals
# of the State of Georgia

ATLANTA,  July 14, 2025

*The Court of Appeals hereby passes the following order:*

## A25A2028. TRAVIS SENTALE PIERCE v. THE STATE.
## A25A2029. TRAVIS SENTALE PIERCE v. THE STATE.

Travis Pierce entered negotiated pleas in two separate cases and in January 2021, the trial court sentenced him to concurrent sentences of ten years, with the first 90 days to be served in confinement and the remainder to be served on probation. On May 17, 2025, the trial court entered an order in each case, finding that Pierce had violated the terms of his probation, and revoking and modifying those terms. From those orders, Pierce filed notices of appeal. We, however, lack jurisdiction.

Because the underlying subject matter of these appeals is the revocation of Pierce's probation, he was required to file an application for discretionary appeal to obtain review in this Court. See OCGA § 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873, 874 (505 SE2d 228) (1998). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Pierce's failure to follow the discretionary appeal procedure deprives us of jurisdiction over these appeals, which are hereby DISMISSED.

*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/14/2025*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.



_____, *Clerk.*